Harilaus Economidy, Respondent, v. Solon J. Vlasto and Another, Appellants.— Judgment and orders affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Fannie Aaron, Respondent, v. Henry M. Black, Doing Business as "H. M. Black & Co.," Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of Anna Maria Browning, Deceased. Joseph G. Browning, Jr., and Others, Appellants; Barbara Browning, Executrix, etc., Respondent.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The City of New York, Plaintiff, v. William Randolph Hearst, as President of the National Association of Democratic Clubs, an Unincorporated Association, etc., Defendant.— Exceptions overruled and motion for new trial denied, with costs, and judgment ordered to be entered on the verdict, with costs, on authority of prevailing opinion in City of New York v. Hearst (142 App. Div. 343). Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Dowling, J., dissented on former dissenting opinion in same case.

Universal Discount Company, Appellant, v. The Corn Exchange Bank, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Harold E. Anthony, Appellant, v. Max Koehler and Others, Copartners, etc., Respondents.— Order reversed, with costs, verdict reinstated and judgment directed for plaintiff on the verdict, with costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The Public Bank of New York City, Respondent, v. Louis London and Albert London, Appellants, Impleaded with Others.— Judgment and decision modified by striking out any award of interest upon the sum of $10,000 from April 1, 1913, and as so modified affirmed, with costs to respondent. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Max Litowich, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Commonwealth of Kentucky, Appellant, v. Charles E. Merrill Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Morris Frankel, an Infant, by Joseph Frankel, His Guardian ad Litem, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.; McLaughlin and Clarke, JJ., dissented.